# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Basil M. Hantash
Plaintiff

v.

Civil Action No.

James William Byrd, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Basil M. Hantash

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Basil Hantash

Champion LLP

| | |
|---|---|
| Date: | 09/20/2024 |
| Signature: | /s/ Austin Champion |
| Print Name: | Austin Champion |
| Bar Number: | 24065030 |
| Address: | 2200 Ross Avenue, Suite 4500W |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | 214-225-8880 |
| Fax: | 214-225-8881 |
| E-Mail: | austin.champion@championllp.co |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.