# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BASIL HANTASH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JAMES WILLIAM BYRD, JOSHUA MATTHEW WEARMOUTH, WALDON FENSTER, DANIEL FERNANDES ROJO FILHO, HERIBERTO CANDELARIO PEREZ VALDES, DEAL EXCHANGE, LLC, SOTERIA GROUP, LLC, and NORDIC TRUST ALLIANCE KB, LLC, | § § § § § § § § | Civil Action No. 3:24-CV-2392-D |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE ON DEFENDANT NORDIC TRUST ALLIANCE KB, LLC

On this day, the Court considered Plaintiff's Motion for Substituted Service on Defendants Joshua Matthew Wearmouth and Nordic Trust Alliance KB, LLC (the "Motion"). The Court finds that Plaintiff has attempted to serve Nordic Trust Alliance KB, LLC ("Nordic Trust") through the appropriate methods without success. The Court finds good cause to permit Plaintiff to attempt substituted service methods on Nordic Trust. The Court also finds that 10725 Passage Way, Parkland, Florida 33076 is a valid address for Nordic Trust's registered agent, Ester G. Nascimento. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff is authorized to serve Nordic Trust by leaving a copy of the summons, the Original Complaint, and this Order with anyone sixteen years or older at the residence of Ester G. Nascimento, 10725 Passage Way, Parkland, Florida 33076.

**SO ORDERED**.

December 2, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE