## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| BASIL HANTASH, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| JAMES WILLIAM BYRD, JOSHUA | § | Civil Action No. 3:24-CV-2392-D |
| MATTHEW WEARMOUTH, WALDON | § | |
| FENSTER, DANIEL FERNANDES ROJO | § | |
| FILHO, HERIBERTO CANDELARIO | § | |
| PEREZ VALDES, DEAL EXCHANGE, | § | |
| LLC, SOTERIA GROUP, LLC, and | § | |
| NORDIC TRUST ALLIANCE KB, LLC, | § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE ON DEFENDANT JOSHUA MATTHEW WEARMOUTH

On this day, the Court considered Plaintiff's Motion for Substituted Service on Defendants Joshua Matthew Wearmouth and Nordic Trust Alliance KB, LLC (the "Motion"). The Court finds that Plaintiff has attempted to serve Joshua Matthew Wearmouth ("Wearmouth") through the appropriate methods without success. The Court finds good cause to permit Plaintiff to attempt substituted service methods on Wearmouth. The Court also finds that Wearmouth is actively responding and sending correspondence from jwearmouth@velanospc.com. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff is authorized to serve Joshua Matthew Wearmouth by sending a copy of the summons, the Original Complaint, and this Order by electronic mail to jwearmouth@velanospc.com.

**SO ORDERED**.

December 2, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE
ON DEFENDANT JOSHUA MATTHEW WEARMOUTH**