# EXHIBIT A



**OBITUARY**

# *James "Will" William Byrd*

## JUNE 3, 1980 – NOVEMBER 25, 2024



**IN THE CARE OF**

## Cason Monk-Metcalf Funeral Directors

James William "Will" Byrd, age 44, of Dallas, Texas passed away on Monday, November 25, 2024 in Laguna Hills, California. Will was born in Port Arthur, Texas on June 3, 1980 to James M. Byrd and Linda K. Kerr Byrd.

Will graduated from TSTC in Waco, Texas with an Associate's Degree in Web Mastery. He owned and operated several successful businesses including Real Estate and Finance ventures. Will was a member of New Hope Church in Nacogdoches. He enjoyed fishing, hunting, traveling, cooking, trying new foods, new experiences, adventures, meeting new people, time with friends, but most of all time with his family.

Will is survived by his daughter, Aria Byrd; parents, James and Linda Byrd; sister, Sarah Byrd; brother, Daniel Byrd and wife Madison; and many aunts, uncles and cousins.

He is preceded in death by his grandparents, James Byrd, JoAn Byrd, James Kerr and Joy Kerr.

Will was always willing to help those in need with whatever resources he had including moral, encouraging, motivational, financial and was always giving to the homeless. He helped many people in many ways.

The family will receive friends, Sunday, December 15, 2024, from 11:30 AM until 1:30 PM, Cason Monk-Metcalf Sunset Chapel, with a service to begin at 1:30 PM. Interment will follow at Sunset Cemetery.

In lieu of flowers, donations may be made to The Samaritan's Inn, 1514 N. McDonald Street, McKinney, Texas 75071.

## DONATIONS

The Samaritan's Inn
*1514 N. McDonald Street, McKinney, Texas*
*75071*

# *Past Services*

### SUNDAY, DECEMBER 15, 2024

## Visitation

**SUNDAY, DECEMBER 15, 2024**

## Funeral Service

# *In Memory Of*
### *James "Will" William Byrd*

 336     77     15

    *333*

VIEW

 *Click to light a candle*

**16 CANDLES HAVE BEEN LIT**

**ADD A MEMORY**

**ALL MEMORIES**    FROM THE FAMILY

Case 3:24-cv-02392-D     Document 38-1     Filed 02/10/25     Page 5 of 16     PageID 245



## *James "Will" William Byrd Tribute Movie*



 2

 SHARE



### Kristen Goodwin
**Friend**

*12/13/2024*

Will holding his angel Aria and dancing, rubbing her back, singing annoyingly in her ear haha to Alabama Clay by Garth Brooks. I just googled the lyrics...wow...Will to a tee.

 6

 SHARE

 ADD A COMMENT

Case 3:24-cv-02392-D    Document 38-1    Filed 02/10/25    Page 6 of 16    PageID 246



## Kristen Goodwin
**Friend**

*12/13/2024*

I am absolutely crushed by the loss of Will. He was a dear friend to me and my son. He was extremely considerate of others, uniquely smart, dryyyy humor hilarious, hybrid of country & city, health conscience, greatest communicator (if he has ear piece in on call, you beep in he will send "I'll call you right back"IYKYK!! He was one of the few people I could count on & trust. The perfect word to describe him would be integrity. He would never falter to anyone regarding his morals or beliefs. (don't tread on him!!) He loved discussing books and politics but the joy of his life was little Aria. I have nannied Aria the past fe years and have had the honor of being a fly on the wall and witnessing their life together. A big ol tall boy and a little bitty girl bantering back and forth. The cutest duo. He offered to come put my dog down with me last winter, he jump started my car a month ago, he's shown my son so many great values I've wanted him to see. Will was was so kind, raised right, he would put his coat on me or open my car door, open arias door, always pay for our meal so our kids could see how kind adults treat one another. I feel so grateful to have known him and me and my son will miss him so deeply. Prayers and love to James, Linda, Sarah, Daniel, Madison, and little Aria girl.

 9       **SHARE**

➕ **ADD A COMMENT**

## Steve Deaton
**Friend**

*12/12/2024*

Will was someone who always offered positivity and encouragement. It's been a privilege to know him since our college days. He is a true friend, always genuinely rooting for his friends to succeed. He was always willing to laugh, help, advise, listen, and give something meaningful to those he cared about. His energy was astounding. No matter how many months would pass between conversations, we always picked up as if we'd spoken just yesterday. He's supportive and strong, and has been part of our close group of friends from Texas A&M for decades. It's been a blessing to have had so many

Case 3:24-cv-02392-D    Document 38-1    Filed 02/10/25    Page 7 of 16    PageID 247

great experiences together. I have no doubt that he will eternally be missed, appreciated and loved by everyone who was fortunate enough to know him.

 6

 **SHARE**

 **ADD A COMMENT**



## Express your sympathy with flowers

Flowers express sympathy and respect. They can be delivered to the funeral home, the family's home, a place of worship or elsewhere.

 **SEND FLOWERS**



## Stephanie Elsing
**Friend**

*12/12/2024*

Case 3:24-cv-02392-D    Document 38-1    Filed 02/10/25    Page 8 of 16    PageID 248

There are no words to express how much you will be missed Will. Rest in peace my love. 💝

 16

 SHARE

➕ ADD A COMMENT

---

## Tovash Hatcher

**Friend**

*12/12/2024*

Will was a good friend! I worked with him for many years at AT&T Stadium. He was an awesome coworker, and just a good damn dude. Never had an issue with him and appreciated him and his expertise. Nothing with Will is lost. #WillForever

 8

SHARE

➕ ADD A COMMENT

---



## From the Family

 1

SHARE

➕ ADD A COMMENT

Case 3:24-cv-02392-D     Document 38-1     Filed 02/10/25     Page 9 of 16     PageID 249



## From the Family

 1

 SHARE

 ADD A COMMENT



## From the Family

 1

 SHARE

 ADD A COMMENT



Case 3:24-cv-02392-D     Document 38-1     Filed 02/10/25     Page 10 of 16     PageID 250



## From the Family

♡ 1

 SHARE

+ ADD A COMMENT



## From the Family

♡ 1

 SHARE

+ ADD A COMMENT



## From the Family

♡ 1

 SHARE

Case 3:24-cv-02392-D Document 38-1 Filed 02/10/25 Page 11 of 16 PageID 251

 ADD A COMMENT



From the Family

 1  SHARE

 ADD A COMMENT



From the Family

 1  SHARE

 ADD A COMMENT



Case 3:24-cv-02392-D    Document 38-1    Filed 02/10/25    Page 12 of 16    PageID 252



## From the Family

 1

 SHARE

 ADD A COMMENT



## From the Family

 1

 SHARE

 ADD A COMMENT



Case 3:24-cv-02392-D     Document 38-1     Filed 02/10/25     Page 13 of 16     PageID 253

From the Family

♡ 3                                                     SHARE

 ADD A COMMENT



From the Family

♡ 1                                                     SHARE

 ADD A COMMENT



From the Family

♡ 1                                                     SHARE

 **ADD A COMMENT**



From the Family

 1

 **SHARE**

 **ADD A COMMENT**



From the Family

 1

 **SHARE**

 **ADD A COMMENT**



Case 3:24-cv-02392-D     Document 38-1     Filed 02/10/25     Page 15 of 16     PageID 255



## From the Family

♡ 1                                                                     SHARE

 ADD A COMMENT



## From the Family

♡ 1                                                                     SHARE

 ADD A COMMENT



From the Family

 1

 **ADD A COMMENT**


*Every Detail Remembered*™ | **Dignity** MEMORIAL ®

© 2025 SCI SHARED RESOURCES, LLC. ALL RIGHTS RESERVED

Do Not Sell or Share My Personal Information

This site is provided as a service of SCI Shared Resources, LLC. The Dignity Memorial brand name is used to identify a network of licensed funeral, cremation and cemetery providers that include affiliates of Service Corporation International, 1929 Allen Parkway, Houston, Texas. With over 1,900 locations, Dignity Memorial providers proudly serve over 375,000 families a year.