UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BASIL M. HANTASH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-cv-02392-D |
| | § | |
| JAMES WILLIAM BYRD, JOSHUA | § | |
| MATTHEW WEARMOUTH, WALDON | § | |
| FENSTER, DANIEL FERNANDES ROJO | § | Jury Trial Demanded |
| FILHO, HERIBERTO CANDELARIO | § | |
| PEREZ VALDES, DEAL EXCHANGE, | § | |
| LLC, SOTERIA GROUP, LLC, and | § | |
| NORDIC TRUST ALLIANCE KB, LLC, | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF BASIL M. HANTASH'S UNOPPOSED MOTION FOR
SUBSTITUTION OF DECEASED DEFENDANT JAMES WILLIAM BYRD**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff Basil M. Hantash respectfully moves to substitute Linda Byrd, as Administrator of the Estate of James William Byrd in place of now-deceased Defendant James William Byrd. In support of this Motion, Plaintiff states as follows:

1. On September 20, 2024, Plaintiff filed his Original Complaint in this Court, against Defendants, including Defendant James William Byrd, alleging claims for violating the Racketeering Influenced and Corrupt Organizations Act ("RICO"), for common law fraud, and for unjust enrichment. [Dkt. 1].

2. On November 8, 2024, Defendant Byrd's counsel, William Richmond, executed a Waiver of Service of Summons, and accepted service of the Original Complaint on Byrd's behalf. [Dkt. 11]. Subsequently, Byrd's deadline to answer or otherwise respond to Plaintiff's Original

Complaint was January 7, 2025.

3. On January 7, 2025, Byrd's counsel filed a Motion to Dismiss for Forum Non Conveniens in lieu of an answer or other 12(b) response. [Dkt. 23].

4. On January 28, 2025, Plaintiff timely filed his Response to Defendant Byrd' Motion to Dismiss. [Dkt. 37].

5. On February 10, 2025, this Court granted Byrd's Unopposed Motion for Extension of Time to file its Reply in Support of its Motion to Dismiss. [Dkt. 40]. Thus, the Byrd's Motion to Dismiss is not yet fully briefed at the time of this Motion.

6. On February 10, 2025, Defendant Byrd's counsel filed a Suggestion of Death, stating that Defendant James William Byrd died on or about November 25, 2024. [Dkt. 38]. Notably, Defendant Byrd died before Byrd's counsel filed the Motion to Dismiss. [Dkt. 23].

7. On December 19, 2024, Linda K. Byrd, Byrd's mother, filed an Application for Temporary Administration, an Application for Independent Administration and Letters of Administration and an Application to Determine Heirship in the Probate Court No. 1 of Collin County, Texas, Cause No. PB1-1942-2024.

8. On December 23, 2024, Linda K. Byrd was appointed Temporary Administrator of the Estate of James William Byrd.

9. Plaintiff's lawsuit against Byrd was timely filed, survives his death, and may be continued against his estate. *See Janvey v. Adams & Reese, LLP*, No. 3:12-CV-0495-N, 2014 WL 12834493, at *2 (N.D. Tex. Oct. 3, 2014) (holding that legal representatives are proper parties for substitution); *Sinito v. United States Dep't of Justice*, 176 F.3d 512, 516 (D.C. Cir. 1999); *Dukes v. Strand*, No. 3:15-CV-3600-BT, 2019 WL 2567687, at *2 (N.D. Tex. June 21, 2019).

## CONCLUSION AND PRAYER

Plaintiff Basil M. Hantash hereby respectfully requests this Court grant this Motion and enter an Order:

(i) substituting Linda Byrd, as Administrator of the Estate of James William Byrd, in the place of the now-deceased Defendant James William Byrd;

(ii) authorizing the court clerk to issue a citation of the Complaint in this cause [Dkt. 1] to be duly served on Linda Byrd at 8600 FM 2609 Nacogdoches, Texas 75965[1];

(iii) for such other and further relief at law or in equity to which Plaintiff may show itself to be justly entitled.

---

[1] This address is Linda Byrd's place of residence as denoted in her Application for Temporary Administration; Application for Independent Administration and Letters of Administration Pursuant to Section 401.003 of the Texas Estates Code and Application to Determine Heirship, as filed in Cause No. PB1-1942-2024.

Dated: March 14, 2025                                Respectfully submitted,

                                                           **CHAMPION LLP**

*/s/ Austin Champion*
Austin Champion
Texas Bar No. 24065030
Austin.Champion@championllp.com

Eugene M. Massad, III
Texas Bar No. 24126247
Eugene.Massad@championllp.com
----
2200 Ross Avenue
Suite 4500W
Dallas, Texas 75201
214-225-8880 | Main
214-238-8881 | Fax

and

**STOKLEY PLLC**

W. Craig Stokley
State Bar No. 24051392
cstokley@stokleypllc.com
----
8150 N. Central Expressway
Suite 550
Dallas, Texas 75206
Telephone: (214) 295-6414

**COUNSEL FOR PLAINTIFF BASIL M. HANTASH**

<u>**CERTIFICATE OF CONFERENCE**</u>

     I hereby certify that counsel for movant and counsel for Defendant Byrd, William Richmond, have discussed the contents of this Motion on March 10, 2025, via electronic mail. Defendant's counsel responded on March 12, 2025 and indicated he is not opposed to the relief sought in this Motion.

                                                               */s/ Austin Champion*
                                                               Austin Champion

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of this document was served upon all counsel via the Court's CM/ECF Court Filing System pursuant to the Federal Rules of Civil Procedure on March 14, 2025.

                                            */s/ Austin Champion*
                                            Austin Champion