UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BASIL M. HANTASH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-2392-D |
| | § | |
| JAMES WILLIAM BYRD, JOSHUA MATTHEW WEARMOUTH, WALDON FENSTER, DANIEL FERNANDES ROJO FILHO, HERIBERTO CANDELARIO PEREZ VALDES, DEAL EXCHANGE, LLC, SOTERIA GROUP, LLC, and NORDIC TRUST ALLIANCE KB, LLC, | § § § § § § § § | Jury Trial Demanded |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION

On this day, the Court considered Plaintiff's Unopposed Motion for Substitution of Deceased Defendant James William Byrd ("Motion"). After reviewing the Motion, the Court finds Defendant James William Byrd ("Byrd") died on or about November 25, 2024. The Court further finds Linda K. Byrd, Byrd's mother, has been appointed the Temporary Administrator of the Estate of Byrd pursuant to Cause No. PB1-1942-2024 in Probate Court No. 1 of Collin County, Texas. The Court further finds that Plaintiff's claims against Byrd have not been extinguished. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion in its entirety.

**IT IS THEREFORE ORDERED** that Linda Byrd, as Administrator of the Estate of James William Byrd, is substituted in place of the deceased Defendant James William Byrd as a Defendant in this lawsuit.

**IT IS FURTHER ORDERED** that the Court Clerk is authorized, following the usual procedure, to issue a summons in the name of Linda Byrd, as Administrator of the Estate of James William Byrd, 8600 FM 2609 Nacogdoches, Texas 75965.

**SO ORDERED.**

March 17, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE