FILED-USDC-NDTX-DA
'25 MAR 28 AM 9:51

## RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Nothern District of Texas

Case Number: 3:24-CV-2392-D

Plaintiff: **BASIL M. HANTASH**

vs.

Defendant: **JAMES WILLIAM BYRD, JOSHUA MATTHEW WEARMOUTH, WALDON FENSTER, DANIEL FERNANDES ROJO FILHO, HERIBERTO CANDELARIO PEREZ VALDES, DEAL EXCHANGE, LLC, SOTERIA GROUP, LLC, and NORDIC TRUST ALLIANCE KB, LLC**

For:
Champion LLP
2200 Ross Avenue Suite 4500 W
Dallas, TX 75201

Received by Sara Brucia on the 19th day of March, 2025 at 11:39 am to be served on **Linda Byrd Administrator of the Estate of James William Byrd, 8600 FM 2609, Nacogdoches, Nacogdoches County, TX 75965**.

I, Sara Brucia, do hereby affirm that on the **20th day of March, 2025** at **3:52 pm, I:**

delivered a true and correct copy of the **SUMMONS IN A CIVIL ACTION with ORIGINAL COMPLAINT and ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION** with the date of service endorsed thereon by me, to **Linda Byrd Administrator of the Estate of James William Byrd**, in person, at **8600 FM 2609, Nacogdoches, Nacogdoches County, TX 75965**.

I have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

My name is Sara Brucia. I am at least 18 years old, and my address is 858 CR 753, Nacogdoches, TX 75964 in Nacogdoches County U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Nacogdoches County, State of Texas.

Sara Brucia
PSC-15401   Exp. 8/31/2026
3/21/2025
**Date**

**Special Delivery Service, Inc.**
5470 LBJ Freeway, Ste. 100
Dallas, TX 75240
(214) 866-3218

Our Job Serial Number: LND-2025000432
Ref: 0780197

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| Hantash | ) |
| :---: | :--- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-02392-D |
| | ) |
| Byrd et al | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** Linda Byrd, Administrator of the Estate of James William Byrd
8600 FM 2609 Nacogdoches, Texas
75965

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Austin Champion
   2200 Ross Avenue
   Suite 4500W
   Dallas , TX 75201

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 03/17/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-02392-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



RETURN / AFFIDAVIT
PROOF / ATTACHED