**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
Dallas Division

Hantash
Plaintiff

v.

Byrd et al
Defendant

§ § § § § § § § § § §

Civil Action No. 3:24-cv-02392-D

**CLERK'S ENTRY OF DEFAULT**

The record reflects that service of the complaint has been made upon the Defendant named below:

Soteria Group LLC

---

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/Yolanda Pace
By: Deputy Clerk on 4/15/2025