IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BASIL M HANTASH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-2392-D |
| | § | |
| FERNANDES ROJO FILHO et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The August 31, 2026 motion of Jorge Diaz Cueto, Esq. to withdraw as counsel for defendant Heriberto Candelario Perez Valdes (ECF 130) is granted, and he is removed as counsel in this case.

**SO ORDERED**.

September 1, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE